# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

## NATIONAL TRACING CENTER

**Phone:(800) 788-7133  Fax:(800) 578-7223**

**Agency Phone:  Agency Fax:**

**Print Date: 11 February, 2019**



## FIREARMS TRACE SUMMARY

**Trace Number: T20190050012**    **Request Date: 11 February, 2019**    **Completion Date: 11 February, 2019**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:    1082**
**Investigation No:  19-093**

### FIREARM INFORMATION

**Manufacturer:** SMITH & WESSON
**Model:** M&P 9 SHIELD M2.0
**Caliber:** 9
**Serial Number:** HZN5361
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 05/02/2019
**Time to Crime:** 52 days

680 ROSELAWN AVE
TORONTO,  ON
CANADA
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION

**Purchase Date:** 15/12/2018

BRETT ALAN SUMMERS JR

### DEALER INFORMATION    **FFL:** 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:**    (614) 260-2855    **Ship-To-Date:**
        Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

TPS Costa: 2019-225000
P6627053

## SUMMARY OF RESULTS

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Information Uncontrolled Information

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER



**Phone:**(800) 788-7133 **Fax:**(800) 578-7223

**Agency Phone:** **Agency Fax:**

**Print Date: 11 February, 2019**

## FIREARMS TRACE SUMMARY

**Trace Number: T20190050021**  **Request Date: 11 February, 2019**  **Completion Date: 11 February, 2019**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:** 1082
**Investigation No:** 19-094

### FIREARM INFORMATION

**Manufacturer:** DIAMONDBACK ARMS INC.
**Model:** DB9
**Caliber:** 9
**Serial Number:** YE1682
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 05/02/2019
**Time to Crime:** 37 days

680 ROSELAWN AVE
TORONTO, ON
CANADA
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION

**Purchase Date:** 30/12/2018

BRETT ALAN SUMMERS JR

### DEALER INFORMATION

**FFL:** 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:** (614) 260-2855  **Ship-To-Date:**
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

TPS Costa: 2019-225000
P6627054

## SUMMARY OF RESULTS

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Information / Uncontrolled Information (watermark)

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**



**TORONTO POLICE SERVICE**
**NARRATIVE TEXT HARDCOPY**

**GO# TP  2019-225000**

Narrative: **INITIAL OFFICER REPORT - 1**
  **INTITIAL OFFICERS REPORT**
Author: **9630 SACCOCCIA, PAOLO**
Related date: **Tuesday, 2019-Feb-05  at: 00:53**
Related event: **GO   2019 - 225000**

On Monday, February 4th, 2019 officer received information in regards to two firearms that could be located in the area of 680 Roselawn Avenue. When officers were made aware DC Saccoccia #9630 attended the address in question and found a black bag underneath a bench out front the address. Inside the white bag was  a white box which contained two unloaded firearms. Also in the box were the magazines for the firearms which contained ammunition in them. There was also two boxes of MAXXTech 9mm Luger with 50 round in each box.
No further investigation required.

The firearms were seized and processed.

FIREARMS FOUND:

1. Smith & Wesson M&P 9 Shield 9mm,
   1 Magazine with 8 Rounds of ammunition

2. Diamondblack Firearm 9mm
   1 Magazine with 6 Rounds of ammunition

AMMUNITION FOUND:

2 Boxes of MAXXTech 9mm Luger
50 rounds in each box.

Detective Taylor 8120 Advised

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***

A - 005

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

**Print Date: October 29, 2019**

## FIREARMS TRACE SUMMARY

Trace Number: T20190198602   Request Date: June 06, 2019   Completion Date: June 12, 2019

DAVID VOTH
SAINT PAUL IV FIELD OFFICE
30 EAST SEVENTH ST. STE 1900
SAINT PAUL, MN 55101
PHONE: (651) 726-0260 Ext:
FAX (651) 726-0261

Badge No:        3490
Investigation No:  778065-19-0042

### FIREARM INFORMATION

Manufacturer: GLOCK GMBH
Model: 23GEN4
Caliber: 40
Serial Number: RNF258
Type: PISTOL
Country: AUSTRIA
Importer: GLOCK INC, SMYRNA GA
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 05/25/2019
Time to Crime: 161 days

4300 GLUMARK DR
MSP AIRPORT, MN 55111
Possessor:   ZAID SAID MOHAMED
DOB:
POB:

### PURCHASER INFORMATION

Purchase Date: 12/15/2018

BRETT ALAN SUMMERS JR

### DEALER INFORMATION

FFL: 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
Phone:      (614) 260-2855        Ship-To-Date:      05/10/2017
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

AIRPORT PD CASE: # 19-005232

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

SPECIAL INSTRUCTIONS - AIRPORT PDI CASE #19-005232;
ADDITIONAL INFORMATION PROVIDED AS QUANTICO TRAINING DIVISION. STREET ADDRESS: 1 RANGE RD,
BLDG 9, RM 110.

PURCHASER NOT HISPANIC OR LATINO
PURCHASED TOTAL OF 20 FIREARMS THIS TRANSACTION



The information in this report must be validated prior to use in any criminal proceedings.

19005232 - MN0272500



**MSP**
**INCIDENT REPORT**

*Active Investigation
Do Not Disseminate

| ICR# 19005232 | AGENCY ORI# MN0272500 | JUVENILE: |
|---|---|---|

**INCIDENT**

Reported: 05-25-2019 0004    First Assigned:0005  First Arrived:0007  Last Cleared:0029
Committed Start:   Committed End:
**Title:** Weapon Violation/Other  **How Received:** Radio
**Summary:**
Adult male arrested, booked and released at Hennepin County Jail pending complaint for weapons violations.

**Location(s)**
**Address:** 4300  GLUMACK DR          **City:** MSP AIRPORT          **State:** MN      **Zip:** 55111      **Country:**
**Custom Attributes** Audio/Video Request Squad Video ATF eTrace Suspicious Activity Report (SAR) Use of Force

**OFFICERS**

| Officer Assigned: Gullickson, Mark | Badge No: 11 | Primary: No |
|---|---|---|
| Officer Assigned: Oliveira, Luis | Badge No: 56 | Primary: No |
| Officer Assigned: Wingate, Brad | Badge No: 89 | Primary: No |
| Officer Assigned: Gherity, Brooke | Badge No: 86 | Primary: No |
| Officer Assigned: Nerison, Tom | Badge No: 95 | Primary: No |
| Officer Assigned: Borchardt, Angela | Badge No: 37 | Primary: No |

**MOC**

**MOC:** W2527   **Literal:** WEAPONS-GM-CARRY-PISTOL-LIC VIOLATION          **Statute:** 624-714-1   **UCR:** 15
**Name(s)**
   **Last Name:** Mohamed          **First:** Zaid       **Middle:** Said          **DOB:**

**NAMES**

**Involvement:** Arrested          **Name:** Mohamed, Zaid Said          **DOB:**

**Arrest Date Time:** 05-24-2019 2359
**ID Number(s)**
 **ID Type:** Drivers License                              **State:** MN      **Year:**      **Class:**

**Involvement:** Owner          **Name:** Mohamed, Maymuna Said      **DOB:**

**ID Number(s)**
 **ID Type:** Drivers License          **ID #:**           **State:**      **Year:**      **Class:**
 **ID Type:** Drivers License          **ID #:**           **State:**      **Year:**      **Class:**

**Involvement:** Owner          **Name:** Billie, Abdirashid Said          **DOB:**

**ID Number(s)**
 **ID Type:** Drivers License          **ID #:**           **State:**      **Year:**      **Class:**

19005232 - MN0272500

A - 008

19005232 - MN0272500

| | ID Type: Drivers License | | ID #: | | State: | Year: | Class: |
|---|---|---|---|---|---|---|---|
| **VEHICLES** | **Suspect** State: MN | | | Plate: 064PNK | VIN: KM8JU3AC8CU374917 | | |
| | Make: HYUN | Model: TUCSON,4 DR WA | | Year: 12 | Color: BRO | | |
| | Name(s) | | | | | | |
| | Driver | | | | | | |
| | Last Name: Mohamed | | First: Zaid | Middle: Said | DOB | | |

| | #: 1 Level: Gross Misdemeanor Status: ROR'D Statute: 624.714. Description: Carry Weapons Without Permit |
|---|---|
| **CHARGES** | Offender Last Name: Mohamed First: Zaid Middle: Said DOB: |

---

**Supplemental Report**

ICR: 19005232                                      Last Modified: 05-25-2019 0637

Title: 56                                      Created By: Luis Oliveira

On 05/24/2019 at 2349 hours, I responded to terminal 1 on a report of a gun pointing incident. According to the RP, the driver of a Hyundai Tucson with MN License plates 064PNK flashed a gun at him, possibly a Glock. Dispatched reviewed CCTV video and confirmed a possible gun pointing by the suspect. I positioned my squad on HWY 5 West and waited for the suspect's car.

Traffic control officer Doobay aired on the radio that the suspect was at lower door 1A and was about to leave the lower roadway. I drove in the direction of Terminal 1, towards the hotel. When I was driving behind the hotel, I saw a Hyundai Tucson driving by on the outbound roadway, I caught up to the car and confirmed that the car (MN LIC 064PNK) in front of me was the suspect's vehicle.

The vehicle continued on the outbound and exited towards St. Paul. Officer Nerison and Sgt. Gullickson joined behind me , and after crossing the HWY 5 bridge into St. Paul, I activated my emergency lights (squad 1368) and initiated a high risk traffic stop.

With my service weapons drawn and pointing at the car, I ordered the driver out of the vehicle. The driver complied and walked backwards towards our squads, the suspect was taken into custody.

The driver was identified at Zaid Said Mohamed (DOB          ). Zaid was transported to the POC by Sgt. Gullickson.

Officer Nerison and I searched the vehicle. See officer Nerison's Supplement.

The vehicle was placed at the Public Safety Annex for further processing.

Mohamed does not have a permit to carry a concealed weapon.

At around 0125 hours , I attempted to interview Mohamed. I read Mohamed his Miranda rights, Mohamed said that he understood his rights, and asked for a lawyer. I ended the interview.

Mohamed was transported to HCADC.

I reviewed the CCTV video of the incident, this is what I saw:
Camera T101BCED0203999 (MS02)
- 23:44:55 hours, suspect vehicle arrives at lower door 1B.
- 23:45:19 hours, a black VW Atlas pulled next to the suspect vehicle.
- 23:45:20 hours, it appears that a verbal exchange happens between both cars.

19005232 - MN0272500

A - 009

19005232 - MN0272500

- 23:45:29 hours, driver of VW gets out of the car.
- 23:45:38 hours, driver of the VW walks up to the driver side window of the suspect.
- 23:45:40 hours, driver of the VW walks away and back to the his car.
- 23:46:11 hours, suspect has something in his left had, unable to determine if it's a gun.
- 23:46:14 hours, passenger of the VW gets out of the car.
- 23:46:21 hours, passenger of the VW walks by the suspect's car, and says something to him.
- 23:46:22 hours, the passenger of the VW walks away from the suspect's car.
- 23:47:10 hours, suspect drives away.

Nothing further.

Oliveira #56

---

**Supplemental Report**

**ICR:** 19005232

**Title:** 95

**Last Modified:** 05-25-2019 0345

**Created By:** Tom Nerison

On 05/24/2019 at 2347 hours, I responded with other officers to a report of a gun-pointing incident at Terminal 1 at MSP Airport.

I arrived in the area and initially posted at the exit from Terminal 1 to eastbound Hwy 5. After several minutes, I started toward Terminal 1 so as to check parking lots for the vehicle.

After a few minutes, TCA Doobay reported that the vehicle was at Lower Door 1A. He then aired that the vehicle had left the lower roadway on the outbound and that no one had gotten into the vehicle.

Officer Oliveira located the vehicle a few moments later on the Terminal 1 outbound roadway. Officer Oliveira then aired that the vehicle had taken the ramp towards 5 East. I waited on Hwy 5 until the vehicle passed me, then pulled in behind Officer Oliveira. As the vehicle would soon be entering St Paul, I requested a patch with a tactical channel.

Sergeant Gullickson arrived with Officer Oliveira and I, and we initiated a high risk stop on the suspect vehicle at Hwy 5 East at Norfolk Ave in St Paul. I pointed my department-issued pistol at the vehicle and maintained a watch on the vehicle while Sergeant Gullickson took the suspect (later identified as Zaid Said Mohamed (                )) into custody. I then cleared the vehicle with Officer Oliveira and determined no one but Mohamed was inside.

Officer Oliveira and I began a vehicle search. I located several items of evidentiary value. I took pictures of the items before collecting them, and later attached the pictures to this report. See below for their evidence number, the nature of the item, and the location it was recovered:

1. A Glock handgun frame located under the front passenger seat
2. A Glock style handgun magazine, partially loaded, located in the rear hatchback area
3. A spent pistol cartridge, located on the rear passenger side floor area
4. A spent pistol cartridge, located on the rear driver side floor area
5. A spent pistol cartridge, located on the driver's side seat rail closest to the center console
6. A VISA NetSpend card, located inside the closed rear center armrest
7. A VISA Debit card, located inside the closed rear center armrest

After taking photographs, I collected these items and later placed them into evidence. Due to traffic hazards, Officer Oliveira and I only completed a cursory search of the vehicle.

19005232 - MN0272500

A - 010

19005232 - MN0272500

Officer Oliveira completed an impound form and provided it to Mark's Towing. I then followed the vehicle and ensured that it was not tampered with while en route. The tow driver placed the vehicle in the Public Safety Annex, and I placed caution tape on the vehicle.

See other officers' reports for more details.

Officer Tom Nerison #95

---

**Supplemental Report**

**ICR:** 19005232                                                                                    **Last Modified:** 05-27-2019 0444

**Title:** #4211                                                                                         **Created By:** Mark Gullickson

On 05/24/2019 I responded to this incident and assisted on the High Risk Stop. I pointed my department issued handgun at the vehicle and sole driver/occupant (Zaid Said Mohamed dob          ). I detained MOHAMED, handcuffing him behind his back (finger spaced and double locked). During that time MOHAMED made a voluntary utterance (summarized not verbatim) to, is this about the clip that's in the back of the vehicle. I advised its about the gun and asked where it was located. MOHAMED didn't say anything else. Nothing was found on MOHAMED's person.

I escorted MOHAMED to my squad (1167) and secured him in the back seat. MOHAMED verbally identified himself by name and dob. MOHAMED again made a voluntary utterance (summarized not verbatim) about someone from a Volkswagen getting out and pointing a gun at him. He said nothing further.

Officer Nerison #95 advised a handgun was located inside of the suspect vehicle. I exited and met with the Officers at the rear of the suspect vehicle. The rear passenger compartment was open and I visually observed a large capacity handgun magazine lying on the deck. The same area also contained a lady's purse, lady's dark colored wig and numerous other items. I was advised the handgun was underneath the front passenger seat. I requested after a vehicle search it be impounded to our Public Safety Annex for further processing.

Emergency Communications Center (ECC) advised Mohamed was clear checks, had no permit to carry on file and had a previous MNI contact with us for being arrested in a stolen vehicle (16002075). I transported Mohamed to the Police Operations Center (POC) and secured him in interview room #5 (audio/video recorded). MOHAMED asked when he was going to be transported to Hennepin County.

Officer Nerison #95 later advised the Glocks slide, barrel and recoil spring were not located inside of the vehicle. He did mention he noticed the fuse panel was open. Stolen checks on the Glock's lower frame serial number came back clear. Checks on MN 064PNK showed clear with registered owners as follows:

1) Mohamed Hassan Mohamud dob               (E085-084-348-313 / address
Minneapolis, MN. 55407).
2) Maymuna Said Mohamud dob               (T840-222-464-612 / address same as #1 RO).

Clear search for contact numbers for the RO's came back with negative results.

A - 011

19005232 - MN0272500

I later faxed a request to release pending complaint, for MOHAMED, to the Hennepin County Adult Detention Center.

Airport Police Department
Sergeant Gullickson #31

---

**Supplemental Report**

**ICR:** 19005232

**Title:** Seelig #48

**Last Modified:** 05-25-2019 0808

**Created By:** Mike Seelig

I, Detective Seelig, ran a License Plate Recognition (LPR) check on 064PNK. This was the suspect vehicle in the above listed case. I was able to see that their were two hits on the vehicle.

| | | | |
|---|---|---|---|
| 05/24/19 | 11:37:20 | T1 | Lane 4 |
| 05/24/19 | 11:49:53 | T1 | Lane 2 |

Detective Seelig #48
Airport Police Department

---

**Supplemental Report**

**ICR:** 19005232

**Title:** #4211

**Last Modified:** 05-27-2019 0447

**Created By:** Mark Gullickson

On 05/26/2019 I obtained a motor vehicle search warrant electronically signed by the Honorable Hennepin County Judge, Mary Vasaly. At approximately 2200 hours I executed the search warrant (with gloved hands and photographic evidence taken).

I located the following:

A) 3 spent handgun shell casings in the same location (outer lower windshield wiper deck / driver side) as follows:

1- Hornady 9mm Luger
2- WIN .40 S&W

B) GLock 23 gen4 .40 caliber SERIAL #RNF258 slide, barrel and recoil spring (located behind the lower dash area just inside of the fuse panel compartment that had no access panel and was open to the driver and easily accessible). It should be noted the slide had potential evidentiary latent fingerprints visible.

19005232 - MN0272500

A - 012

19005232 - MN0272500

I properly packaged all 4 items of evidence separately. ECC ran the recovered Glock's slide serial number advising it was clear checks and matched that of the Glock's lower frame serial number located during the initial search on 05/24/2019.

I relocated to the Police Department and secured the 4 items into Property Locker #13.

All evidentiary photos and copy of search warrant (copy left on dashboard of suspect vehicle) are attached to the media section of this report.

No further action taken at this time.

Airport Police Department
Sergeant Gullickson #4211

---

**Supplemental Report**

**ICR:** 19005232                                           **Last Modified:** 06-04-2019 1246

**Title:** 78                                                **Created By:** Tom Yost

On 05-29-19, I had the firearm taken to the BCA to check for finger prints and to have it test fired.

On 6-4-19, I submitted the case file to Chestnut and Cambronne Attorneys Office for charging.

Charges for Mohamed are Carrying a Firearm without a Permit.

Detective Yost 78

19005232 - MN0272500

A - 013



UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

# SPFD Crime Gun Intelligence Center
## NIBIN Lead #: 3047
### ***THIS IS NOT A LAB REPORT***

THIS IS A NOTIFICATION OF A PRESUMPTIVE INVESTIGATIVE LEAD FROM NIBIN ENTRY.

Evidence may be confirmed by microscopic comparison when requested. For a formal report, please submit a completed Request for Laboratory Examination to your partner Laboratory requesting IBIS lead confirmation.

| Event | Trace # | Firearm | FFL | Purchase Date | Purchaser |
|---|---|---|---|---|---|
| *Trace* | T20190198602 | GLOCK 23GEN4 .40 cal pistol Serial# RNF258 | Gary Scott ERWIN 10650 Lockbourne Eastern Rd. Ashville, OH | 12/15/2018 | SUMMERS, Brett Alan Jr., |

| Event | Case # | Lab # | Evidence Information | Offense | Offense Date | Offense Location | Assigned Detective |
|---|---|---|---|---|---|---|---|
| 1 | MPD19-138592 | | Two .40 cal DCCs One bullet fragment | ASLT2 | 05/16/2019 1456 Hrs. | 26th Av N/4th St N, Minneapolis | N/A |

**Notes:** Officers dispatched on a ShotSpotter activation. ShotSpotter detected five shots, however only two DCCs were recovered from the intersection. Victim sustained damage to her apartment window. Witness stated shots were fired from a red Toyota Camry, which fled the scene.
Victim: JONES, Carmen; B/F, 03/22/78, 308 – 26th Av N, Minneapolis, 612-434-7166

**Time Between Events: 8 Days**

| 2 | MSP19-005232 | | GLOCK 23GEN4 .40 cal pistol/#RNF258 Three unspecified caliber DCCs (inside the passenger compartment) One 9mm DCC/Two .40cal DCCs from the front windshield wiper area. | TLE/WEAP | 05/24/2019 2349 Hrs. | MSP Airport Terminal 1, Door 1B | Tom Yost |

**Notes:** Airport PD responded to Terminal 1 on a gun pointing incident. Driver of a Hyundai Tucson, MN 064PNK, flashed a gun at caller. Dispatch confirmed the incident by reviewing CCTV footage. Officers intercepted the vehicle as it was leaving the airport and stopped the vehicle just past the Highway 5 bridge into St Paul at Norfolk Av. Driver, MOHAMED, was taken into custody and a Glock handgun frame (without upper slide/barrel/etc.) was located under the front passenger seat. A partially loaded magazine was recovered from the rear passenger side floor, and three DCCs recovered from inside the vehicle. A search warrant executed on the vehicle several days later recovered the upper assembly of the pistol from behind the lower dash area, along with one 9mm and two .40cal DCCs from the outer lower windshield wiper deck on the driver's side.

Arrested: MOHAMED, Zaid Said,        Minneapolis (Somali Outlaws affiliate)

All information, analysis, data, and methodology included herein are considered official products of work, owned by the Federal Government and held for the benefit of the public. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE



ATF
PROTECTING THE PUBLIC
SERVING OUR NATION

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

All information, analysis, data, and methodology included herein are considered official products of work, owned by the Federal Government and held for the benefit of the public. No information contained herein may be duplicated, reproduced, or disseminated without the express authorization of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

---

**MPD19-138592**
**ASLT2**
**26th Av N/4th St N, MPLS**

Officers dispatched on a ShotSpotter activation. ShotSpotter detected five shots, however only two DCCs were recovered from the intersection. Victim sustained damage to her apartment window. Witness stated shots were fired from a red Toyota Camry, which fled the scene.

5/16/2019 2:56:00 PM

**EV-C1(2)**

**GUN03047 / RNF258**
**GLOCK / .40cal**

**TF-C1**

**MSP19-005232**
**TLE/WEAP**
**MSP Airport, Terminal 1, MPLS**

Airport PD responded to Terminal 1 on a gun pointing incident. Driver of a Hyundai Tucson, MN 064PNK, flashed a gun at caller. Dispatch confirmed the incident by reviewing CCTV footage. Officers intercepted the vehicle as it was leaving the airport and stopped the vehicle just past the Highway 5 bridge into St Paul at Norfolk Av. Driver, MOHAMED, was taken into custody and a Glock handgun frame (without upper slide/barrel/etc.) was located under the front passenger seat. A partially loaded magazine was recovered from the rear passenger side floor, and three DCCs recovered from inside the vehicle. A search warrant executed on the vehicle several days later recovered the upper assembly of the pistol from behind the lower dash area, along with one 9mm and two .40cal DCCs from the outer lower windshield wiper deck on the driver's side.

5/24/2019 11:49:00 PM

**Arrested**

**MOHAMED,**
**Zaid Said**
**DOB: 01/19/95**

A - 015



# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
**Phone:(800) 788-7133   Fax:(800) 578-7223**

**Agency Phone:    Agency Fax:**

**Print Date: 22 April, 2020**

## FIREARMS TRACE SUMMARY

**Trace Number: T20190219144    Request Date: 24 June, 2019    Completion Date: 27 June, 2019**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:      1082**
**Investigation No:  19-784**

### FIREARM INFORMATION
**Manufacturer:** GLOCK GMBH
**Model:** 22
**Caliber:** 40
**Serial Number:** HRP625
**Type:** PISTOL
**Country:** AUSTRIA
**Importer:** GLOCK INC, SMYRNA GA
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 14/06/2019
**Time to Crime:** 166 days

550 BRIMORTON DR
APT 133
SCARBOROUGH,  ON
CANADA

### PURCHASER INFORMATION
**Purchase Date:** 30/12/2018
BRETT ALAN SUMMERS JR

**Possessor:**  KAWAYNE  EDWARDS
**DOB:**
**POB:**

### DEALER INFORMATION
**FFL:** 43103551
ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:**    (614) 260-2855    **Ship-To-Date:**
        Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION
Toronto: 2019-1099202
Hoffman: #P6559731

## SUMMARY OF RESULTS

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Information / Uncontrolled Information (watermark)

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**



**TORONTO POLICE SERVICE**
**NARRATIVE TEXT HARDCOPY**

**GO# TP  2019-1099202**

---

Narrative: **PROSECUTION SUMMARY - 2**
**Prosecution Summary - Edwards**
Author: **8521 DODDS, LESLIE**
Related date: **Friday, 2019-Jun-14  at: 23:29**
Related event: **GO   2019 - 1099202**

---

**CHARGE #1: Possession For The Purpose of Trafficking Heroin**

**CHARGE #2&3: Possession of Proceeds Under $5000**

**CHARGE #4: Possession of a Restricted firearm with ammunition C.C. 95(1)**

**CHARGE#5: Possession of a loaded firearm C.C. 95(1)**

**CHARGE #6: Unauthorized Possession of a firearm C.C. 91(1) -**

**CHARGE #7: Possession of Firearm knowing its Possession is Unauthorized C.C. 92(1)**

**CHARGE#8: Possession of a Firearm obtained by Crime C.C. 96(1) -**

**CHARGE#9: Careless storage of Firearm C.C. 86(1) -.**

**CHARGE#10: Careless storage of Ammunition C.C. 86(1) ?**

**CHARGE #11: Possession of a Prohibited firearm with ammunition C.C. 95(1)**

**CHARGE#12: Possession of a loaded restricted firearm C.C. 95(1)**

**CHARGE #13: Unauthorized Possession of a firearm C.C. 91(1) -**

**CHARGE #14: Possession of Firearm knowing its Possession is Unauthorized C.C. 92(1)**

**CHARGE#15: Possession of a Firearm obtained by Crime C.C. 96(1) -**

**CHARGE#16: Careless storage of Firearm C.C. 86(1) -.**

**CHARGE#17: Possession of a Firearm knowing the serial number has been tampered with C.C. 108(1)(b)**

**CHARGE#18: Careless storage of Ammunition C.C. 86(1) -**


**ACCUSED: Kawayne EDWARDS**

---

*** CONFIDENTIAL ***

A - 018

Case: 2:20-cr-00209-SDM Doc #: 35-1 Filed: 09/15/21 Page: 19 of 67 PAGEID #: 181



**TORONTO POLICE SERVICE**
**NARRATIVE TEXT HARDCOPY**

GO# TP  2019-1099202

---

**DATE: Friday June 14th, 2019**

**LOCATION: 133-550 Brimorton Drive Scarborough**

**************************SYNOPSIS FOR A GUILTY PLEA************************

Information was gathered by Police regarding cocaine being held at 133-550 Brimorton Drive Scarborough for the purpose of trafficking. A CDSA search warrant was sought and granted. On today's date the accused, Mr. Edwards was witnessed outside of the premise. During the execution of the search warrant Mr Edwards was placed under arrest.  A search of Mr Edwards bedroom recovered a quantity of heroin, a loaded .40 caliber handgun, a loaded Tec 9 machine gun, ammunition, a quantity of currency, weigh scale and paperwork in Mr Edwards name were all seized.

Mr. Edwards was transported to 43 Division where he was held pending a show cause hearing.

**TOTAL HEROIN SEIZED: 32.03 grams**

**TOTAL AMOUNT OF CURRENCY SEIZED: $3790**

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***

A - 019

| Ministry of the Solicitor General | Ministère du Solliciteur général | |
|---|---|---|
| Centre of Forensic Sciences | Centre des sciences judiciaires | |



| | |
|---|---|
| 25 Morton Shulman Avenue | 25, avenue Morton Shulman |
| Toronto ON  M3M 0B1 | Toronto ON  M3M 0B1 |
| Telephone:   647 329-1320 | Téléphone :   647 329-1320 |
| Facsimile:   647 329-1361 | Télécopieur :   647 329-1361 |

# IBIS NOTIFICATION LETTER

**Date:** September 3, 2019

**CFS File No.:** **2019-012047**
**CFS Request No.:** 0002
**Incident No.:** GO 2019-1099202

**Reference:** EDWARDS, Kwayne
**For:** Toronto Police Service
**Investigator:** D/C M. Serrano #9435

**E-Mail:** Physical.Sciences@ontario.ca
**Telephone:** (647) 329-1690

Items 1 and 2 were examined for IBIS upload and the table below outlines the IBIS database search that was conducted.

| Item | Description | Database(s) searched |
|---|---|---|
| 1, 2 | Agency Generated TF | Canadian Integrated Ballistics Identification Network (CIBIN) |

TF – Test fires

Should this database search result in any linkages, a Case Linkage report or Firearms Investigative Aid Notification letter will be issued.

**CONTINUITY:**
- Refer to the CFS case submission for information regarding item receipt and acceptance.
- Continuity for all items received is recorded in the Laboratory Information Management System (LIMS). Continuity reports are available on request.
- Items specified in the table above will be retained indefinitely at the CFS.

**ATTRIBUTION:**
All results apply to the items as received and the source information provided. The "Evidence List Report" attached to this report relates the laboratory item number to the submitter item number and description.

**ADDITIONAL DOCUMENTS:**
Technical Information Sheets that describe the test(s) performed are available for download from the CFS section of the Ministry of the Solicitor General website. The following Technical Information Sheet(s) can be accessed using the hyperlink Technical Information Sheets - Firearms &Toolmarks :

- Integrated Ballistics Identification System (IBIS)
- Suspicious Firearms Index (SFI)

A - 020

2019-012047
September 3, 2019



The Centre of Forensic Sciences is accredited by the ANSI National
Accreditation Board. Refer to certificate FT-0124.

**EVIDENCE LIST REPORT**

CFS CASE NUMBER: **2019-012047**

AGENCY NAME: **Gun and Gang Task Force - TPS**

AGENCY CASE NUMBER:

| CFS ITEM # | PROCESSED DATE | DESCRIPTION |
|---|---|---|
| 001 | 08 August, 2019 | test fires glock model 22 semi-automatic handgun serial number hrp625 from TPS- Gun and Gang Task Force seized on jun 14, 2019 |
| 002 | 08 August, 2019 | test fires tnw model 199 asr semi-automatic rifle with serial number removed from TPS- Gun and Gang Task Force seized on jun 14, 2019 |
| TOTAL ITEMS FOR THIS AGENCY: | **2** | |

TOTAL ITEMS FOR THIS CASE: **2**

Printed On:    04 September, 2019

Page 1 of 1

A - 022

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Agency Phone:    Agency Fax:

Print Date: 25 February, 2020



## FIREARMS TRACE SUMMARY

Trace Number: T20200069164      Request Date: 19 February, 2020      Completion Date: 25 February, 2020

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

Badge No:        1082
Investigation No:  19-1996

### FIREARM INFORMATION

Manufacturer: SMITH & WESSON
Model: M&P 45
Caliber: 45
Serial Number: NBE2949
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 25/09/2019
Time to Crime: 269 days

555 EDWARD AVE A18
RICHMOND HILL,  ON
CANADA
Possessor:  JUSTIN  GURLEY
DOB:
POB:

### PURCHASER INFORMATION

Purchase Date:  30/12/2018

BRETT ALAN SUMMERS

### DEALER INFORMATION

FFL: 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
Phone:      (614) 260-2855      Ship-To-Date:
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

York Roswell: 19-332133

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL).  THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Information
Uncontrolled Information

**Additional Remarks:**
NBEZ949 CHANGED TO NBE2949 PER S&W SERIALIZATION



**The information in this report must be validated prior to use in any criminal proceedings.**

# YORK REGIONAL POLICE
## GENERAL OCCURRENCE HARDCOPY

GO#  2019-332133

**WEAPONS POSSESSION OF FIREARM**

## OUTSIDE POLICE AGENCY

Purpose: **OUTSIDE POLICE AGENCIES**
Date Released: **Wednesday, 2020-Feb-26**
Time Released: **10:04**
Authorized by: **5365-DUNLOP, SUSAN**
Released by: **5365-DUNLOP, SUSAN**

## RELEASED TO

Business: **OPP PWEU**
Person: **MCMENEMY, MIKE**
Job title: **INTEL ANALYST - FIREARMS**

### ** DISCLAIMER **

**PROPERTY OF THE YORK REGIONAL POLICE**
This document is supplied to you by York Regional Police for the information of your agency only.  It is not to be made known to any other agency or person without the written permission of York Regional Police and must not be acted upon except after confirmation by York Regional Police.

*** CONFIDENTIAL ***

A - 025

**YORK REGIONAL POLICE**
**GENERAL OCCURRENCE HARDCOPY**

GO# **2019-332133**                                    **WEAPONS POSSESSION OF FIREARM**

# General Occurrence Information

Main offence: **WEAPONS POSSESSION OF FIREARM - COMPLETED**
Operational status: **CHARGED (ADULT OR YOUNG PERSON)**
Location: **A18 - 555 EDWARD AV, RICHMOND HILL**
District: **2**  Zone: **23**  Atom: **FM02**
Approved on: **Thursday, 2019-Sep-26**  by: **1649  FORD, JASON**
Reported on: **Wednesday, 2019-Sep-25  21:57**
Occurred on: **Wednesday, 2019-Sep-25  21:57**
Submitted by: **1861  MCSHERRY, LUCAS**     Org unit: **4 DIST CIB**
Lead investigator: **2115  PAMPENA, JASON**

# CCJS Information

CCJS Status: **CHARGED**
Offences committed: **WEAPONS POSSESSION OF FIREARM - COMPLETED**
                                **WEAPONS - UNSAFE STORAGE - COMPLETED**
Location type: **OTHER NON COMMERCIAL/CORPORATE PLACES**
OCSG Involvment: **Not organized crime nor street gang**
Cyber Crime Indicator: **NO**
Hate Crime Indicator: **NO**
Family violence: **NOT INVOLVING AN INTIMATE OR FAMILY RELATED DOMESTIC INCIDENT**

# Related Event(s)

**CP    2019 - 332133**
**GO    2019 - 139688**
**GO    2019 - 331485**

# Related Person(s)

**1.  CHG/ARR  1 - GURLEY, JUSTIN  DAVID  JAMES(Case-specific)**

Sex: **MALE**, Born on:
Residing at:

## Particulars

Ethnicity: **WHITE**

## Linkage factors

Ethnicity: **WHITE**
Accused status: **CHARGED OR CHARGES RECOMMENDED**
Processed on: **09/25/2019** with:
**1   count(s) under  CRIMINAL CODE   91(1)(A)**
TRANSLATE FROM   09/25/2019   2157

**1   count(s) under  CRIMINAL CODE   92(1)**
TRANSLATE FROM   09/25/2019   2157

*** CONFIDENTIAL ***                                    A - 026

**YORK REGIONAL POLICE**
**GENERAL OCCURRENCE HARDCOPY**

GO# 2019-332133                                    WEAPONS POSSESSION OF FIREARM

1   count(s) under  CRIMINAL CODE   93(1)
TRANSLATE FROM   09/25/2019   2157

1   count(s) under  CRIMINAL CODE   95(1)
TRANSLATE FROM   09/25/2019   2157

1   count(s) under  CRIMINAL CODE   86(2)
TRANSLATE FROM   09/25/2019   2157

## Master Name Summary

Name: **GURLEY, JUSTIN  DAVID  JAMES , MR**
Sex: **MALE**, Born on:
Residing at:

### Phone numbers

| Type | Phone # | Ext. | |
|------|---------|------|--|
| **HOME** | | | **(Primary)** |
| **BUSINESS** | | | **(Primary)** |
| **CELLULAR** | | | **(Primary)** |
| **HOME** | | | |
| **CELLULAR** | | | |
| **HOME** | | | |
| **HOME** | | | |

# Related Business(es)

1.  **ASSOCIATED   1 - ACCESS STORAGE**
Located at:  **555 EDWARD AV, RICHMOND HILL**
                   **ONTARIO, L4C 5K6**
Phone:  **(905) 737-4652**
Type: **OTHER COMMERCIAL**

*** CONFIDENTIAL ***                                    A - 027

# YORK REGIONAL POLICE
## GENERAL OCCURRENCE HARDCOPY

**GO#  2019-332133**                                    **WEAPONS POSSESSION OF FIREARM**

---

### Narrative: INITIAL OFFICER REPORT - 1

Subject: **SEARCH WARRANT EXECUTED/FIREARM RECOVERED**
Author: **1861 MCSHERRY, LUCAS**
Related date/time: **Wednesday, 2019-Sep-25  22:38**

---

On Wednesday, September 25th 2019 at approximately 9:57pm members of 4 District CIB Property Crime executed a CDSA Search Warrant, granted by His Worship Justice MALIK, at unit A18 of Access Storage located at 555 Edward Ave in the City of Richmond Hill.

Upon gaining entry to the unit 4 CIB officers located a loaded .45 calibre Smith and Wesson semi automatic pistol tented beneath a brown envelope in the unit.

The locker was rented by Justin GURLEY who was in custody at 4 District on drug related charges when the warrant was executed.

GURLEY was advised of the additional firearms charges and provided his Rights to Counsel and Caution.

GURLEY remains in custody at 4 District and will be held pending a Show Cause hearing on September 26th 2019.

Refer to incident 19-139688 for detailed list of charges.

*** CONFIDENTIAL ***                                    A - 028

For: **5365**    Printed On: **Wednesday, 2020-Feb-26**

**YORK REGIONAL POLICE**
**GENERAL OCCURRENCE HARDCOPY**

GO# 2019-332133                                   WEAPONS POSSESSION OF FIREARM

# Related Property Report

## Report Information

Report Number: **19332133**
Property case status: **SEIZED**
Submitted on: **Wednesday, 2019-Sep-25** by **1788 ROWSELL, ANASTASIA**
Seizure reason: **D**
**Related:**
Occurrence: **GO 2019-332133**
Insurance letter received: **No**
Related items: **3**

## Firearm - Evidence

Status: **SEIZED**
Tag #: **19332133- 1**                          Item: **SEMI-AUTOMATIC**
Type: **HAND GUN RESTRICTED**                   Ser. #: **NBEZ949**
Make: **S&W**
Manufacturer: **S&W**
Frame indicator: **N**                          Shots: **0**
Calibre: **0**                                  Barrel length: **0.0**
CFC extract status: **CFC-Eligible**            CFC extract date:
Description: **UNKNOWN FIREARM**
Reg#:                                           At scene#: **A1425824**
Current loc: **CS IDENT VIA LOCKER 52**
Current Loc: **CS IDENT VIA LOCKER 52**

### Evidence Continuity

Date/Time: **Monday, 2019-Sep-30   11:44**      Trans Off: **ROWSELL, ANASTASIA**
From: **4D  4D PROPERTY**                        Custodian: **WHITE, ROBERT**
To: **4D  OIC CIB**                              Custodian: **ROWSELL, ANASTASIA**
Purpose: **IDENT**                               Action: **INVESTIGATING OFFICE**
Return date/time: **2019-Sep-30  13:07**
Received by: **O'ROURKE, GRETCHEN**

Date/Time: **Monday, 2019-Sep-30   13:06**      Trans Off: **KAMSTRA, MICHAEL ANDREW**
From: **CS  EC**                                 Custodian: **O'ROURKE, GRETCHEN**
To: **CS  IDENT VIA LOCKER 52**                  Custodian: **KAMSTRA, MICHAEL ANDREW**
Purpose: **FIREARMS ANALYSIS**                   Action: **INVESTIGATING OFFICE**

### Property Control

Storage location: **CENTRAL SERVICES   EC**
Notes: **NOT VERIFIED/PROVEN SAFE BY PROPERTY**
Remarks: **RCVD FRM 1788**

### Disposal Details

Disposed: **No**

## Articles - Evidence

*** CONFIDENTIAL ***                                      A - 029

# YORK REGIONAL POLICE
## GENERAL OCCURRENCE HARDCOPY

GO#  **2019-332133**                              **WEAPONS POSSESSION OF FIREARM**

Status: **SEIZED**
Tag #: **19332133- 2**                            Type: **AMMUNITION**
Item: **AMMUNITION**
Make: **HANDGUN**                                 Colour:
Model:                                            # of Pieces: **1**
Description: **AMMUNITION AND SILVER MAGAZINE**
Bag #: **Y567963**                                Cross reference:
At scene #: **A1425823**
Current Loc: **CS IDENT VIA LOCKER 52**

### Evidence Continuity

Date/Time: **Monday, 2019-Sep-30  11:44**         Trans Off: **ROWSELL, ANASTASIA**
From: **4D  4D PROPERTY**                         Custodian: **WHITE, ROBERT**
To: **4D  OIC CIB**                               Custodian: **ROWSELL, ANASTASIA**
Purpose: **IDENT**                                Action: **INVESTIGATING OFFICE**
Return date/time: **2019-Sep-30  13:06**
Received by: **O'ROURKE, GRETCHEN**

Date/Time: **Monday, 2019-Sep-30  13:06**         Trans Off: **KAMSTRA, MICHAEL ANDREW**
From: **CS  EC**                                  Custodian: **O'ROURKE, GRETCHEN**
To: **CS  IDENT VIA LOCKER 52**                   Custodian: **KAMSTRA, MICHAEL ANDREW**
Purpose: **FIREARMS ANALYSIS**                    Action: **INVESTIGATING OFFICE**

### Property Control

Storage location: **CENTRAL SERVICES   EC**
Remarks: **RCVD FRM 1788**

### Disposal Details

Disposed: **No**

## Articles - Evidence

Status: **SEIZED**
Tag #: **19332133- 3**                            Type: **BOXES-NEWSPAPER/MAIL/ETC**
Item: **ENVELOPE**
Make:                                             Colour: **Beige**
Description: **CONTAINING CONTRACT**
Bag #: **Y567962**                                Cross reference:
At scene #: **A1425822**
Current Loc: **4D E19080**

### Evidence Continuity

Date/Time: **Monday, 2019-Sep-30  11:44**         Trans Off: **ROWSELL, ANASTASIA**
From: **4D  4D PROPERTY**                         Custodian: **WHITE, ROBERT**
To: **4D  OIC CIB**                               Custodian: **ROWSELL, ANASTASIA**
Purpose: **IDENT**                                Action: **INVESTIGATING OFFICE**
Return date/time: **2019-Sep-30  13:06**
Received by: **O'ROURKE, GRETCHEN**

Date/Time: **Monday, 2019-Sep-30  13:06**         Trans Off: **O'ROURKE, GRETCHEN**

*** CONFIDENTIAL ***

A - 030

# YORK REGIONAL POLICE
## GENERAL OCCURRENCE HARDCOPY

GO# **2019-332133**                                         **WEAPONS POSSESSION OF FIREARM**

From: **CS  EC**                                          Custodian: **O'ROURKE, GRETCHEN**
To: **CS  IDENT LOCKER 34**                               Custodian: **ROWSELL, ANASTASIA**
Purpose: **IDENT**                                        Action: **INVESTIGATING OFFICE**
Return date/time: **2019-Nov-12  8:25**
Received by: **O'ROURKE, GRETCHEN**


Date/Time: **Wednesday, 2019-Nov-13   9:42**             Trans Off: **WHITE, TERRY**
From: **CS  CENTRAL SERVICES**                            Custodian: **O'ROURKE, GRETCHEN**
To:   **4DHQ WEEK NOV18 TRANSPORT**                       Custodian: **WHITE, ROBERT**
Purpose: **STORAGE**                                      Action: **PROPERTY CO-ORDINATO**
Return date/time: **2019-Nov-18**
Received by: **WHITE, ROBERT**
Returned by: **WHITE, TERRY**


## Property Control

Storage location: **4D PROPERTY   E19080**
Special handling instructions: **CONTAMINATED, SEE NOTE ON PROPERTY CONTROL SCREEN**
Notes: **CHEMICALLY TREATED**
Remarks: **RCVD FRM 1788**

## Disposal Details

Disposed: **No**


*** CONFIDENTIAL ***                                        A - 031

**YORK REGIONAL POLICE**
**GENERAL OCCURRENCE HARDCOPY**

GO# 2019-332133                                    WEAPONS POSSESSION OF FIREARM

# Related Property Report

### Report Information

Report Number: **19332133A**
Property case status: **SEIZED**
Submitted on: **Wednesday, 2020-Feb-12** by **809 KAMSTRA, MICHAEL ANDREW**
**Related:**
Occurrence: **GO 2019-332133**
Insurance letter received: **No**
Related items: **1**

### Articles - Evidence

Status: **SEIZED**
Tag #: **19332133A- 1**                            Type: **SWAB**
Item: **SWAB**
Description: **SWAB OF GRIP AREA: S&W M&P45 S/N: NBE2949**
At scene #: **A1438790**
Current Loc: **4DHQ WEEK OF 24FEB20 TRANSPORT**

#### Evidence Continuity

Date/Time: **Thursday, 2020-Feb-20   9:01**        Trans Off: **WHITE, TERRY**
From: **CS  CENTRAL SERVICES**                     Custodian: **FLOOD, MEGAN**
To:  **4DHQ WEEK OF 24FEB20**                      Custodian: **WHITE, ROBERT**
**TRANSPORT**
Purpose: **STORAGE**                               Action: **PROPERTY CO-ORDINATO**

### Property Control

Storage location: **CENTRAL SERVICES   EC**
Remarks: **BY HAND 5345 809**

### Disposal Details

Disposed: **No**

*** CONFIDENTIAL ***

A - 032

For: **5365**     Printed On: **Wednesday, 2020-Feb-26**

**YORK REGIONAL POLICE**
**GENERAL OCCURRENCE HARDCOPY**

GO#  2019-332133                    WEAPONS POSSESSION OF FIREARM

# Related Property Report

## Report Information

Report Number: **19332133B**
Property case status: **SEIZED**
Submitted on: **Thursday, 2020-Feb-13** by **809 KAMSTRA, MICHAEL ANDREW**
**Related:**
Occurrence: **GO 2019-332133**
Insurance letter received: **No**
Related items: **1**

## Articles - Evidence

Status: **SEIZED**
Tag #: **19332133B- 1**                    Type: **AMMUNITION**
Item: **IBIS**
Description: **IBIS: S&W M&P45 SN: NBE2949**
Bag #: **D160387**                    Cross reference:
At scene #: **A1438794**
Current Loc: **4DHQ WEEK OF 24FEB20 TRANSPORT**

### Evidence Continuity

Date/Time: **Thursday, 2020-Feb-20   9:04**     Trans Off: **WHITE, TERRY**
From: **CS  EC**                         Custodian: **FLOOD, MEGAN**
To:   **4DHQ WEEK OF 24FEB20**           Custodian: **WHITE, ROBERT**
**TRANSPORT**
Purpose: **STORAGE**                     Action: **PROPERTY CO-ORDINATO**

### Property Control

Storage location: **CENTRAL SERVICES   EC**
Remarks: **BY HAND 5345 809**

## Disposal Details

Disposed: **No**

*** CONFIDENTIAL ***

A - 033

Case: 2:20-cr-00209-SDM Doc #: 35-1 Filed: 09/15/21 Page: 34 of 67 PAGEID #: 196



**\*\*\* END OF HARDCOPY \*\*\***

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

## NATIONAL TRACING CENTER

**Phone:(800) 788-7133   Fax:(800) 578-7223**

**Agency Phone:   Agency Fax:**

**Print Date: 25 October, 2019**



### FIREARMS TRACE SUMMARY

**Trace Number: T20190368497        Request Date: 17 October, 2019        Completion Date: 25 October, 2019**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:        1082**
**Investigation No:   19-1380**

### FIREARM INFORMATION

| | |
|---|---|
| **Manufacturer:** | SMITH & WESSON |
| **Model:** | M&P 45 SHIELD |
| **Caliber:** | 45 |
| **Serial Number:** | HRS3609 |
| **Type:** | PISTOL |
| **Country:** | UNITED STATES |
| **Importer:** | |
| **Obliterated:** | |
| **Identifying Marks:** | |
| **NIBIN:** | |
| **Gang Name:** | |

### RECOVERY INFORMATION    **Recovery Date:** 10/10/2019
**Time to Crime:** 284 days

22 GLENWOOD CRES
TORONTO,  ON
CANADA
**Possessor:**

### PURCHASER INFORMATION    **Purchase Date:** 30/12/2018    **DOB:**

BRETT ALAN SUMMERS JR                                   **POB:**

### DEALER INFORMATION        **FFL:** 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:**        (614) 260-2855    **Ship-To-Date:**
                     Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION
TPS McLane: 2019-1953962
P6642888

### SUMMARY OF RESULTS

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Unclassified Information

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

PLACE OF BIRTH SUBMITTED: COLS, OH

MULTIPLE SALE MODEL WAS SUBMITTED AS M&P 45 M2.0



**The information in this report must be validated prior to use in any criminal proceedings.**



# TORONTO POLICE SERVICE
## NARRATIVE TEXT HARDCOPY

**GO# TP  2019-1953962**

Narrative: **INITIAL OFFICER REPORT - 1**
          **INITIAL OFFICER REPORT - SYNOPSIS**
Author: **10654 LUKAS, KELLY**
Related date: **Thursday, 2019-Oct-10  at: 04:31**
Related event: **GO   2019 - 1953962**

On 2019.10.10 officers were dispatched to 22 Glenwood Cres in regards to a
sound of gun shots radio call.

There were several complainants that contacted police in relation to this
radio call, stating to police that they had heard approximately 3 shots.
Reportees believed that the shots were fired towards 22 Glenwood Cres from
the street towards the house.

Officers arrived on scene and cleared the premise locating several people
inside the house.

While officers searched the interior of 22 Glenwood Cres, they located
several spent shell casings and an amount of blood on the floor.

Officers that searched on the exterior of the home located a firearm and
spent shell casings at the rear of 20 Glenwood Cres.

TEGH was checked for any patients that had checked in with any gun shot
wounds or significant injuries, with negative results.

**\*\*\* CONFIDENTIAL \*\*\***

A - 037



**TORONTO POLICE SERVICE**

**NARRATIVE TEXT HARDCOPY**

**GO# TP 2019-1953962**

DAS and TFS were on scene.

22 Glenwood was cordoned off immediately with police tape and secured for FIS to process.

**\*\*VIDEO CANVASS\*\***

Several units canvassed the area for security cameras (See supplemental reports).

PCs SMITH #9735, LUKAS #10654, ASHLEY #10998, MCCARROLL, #90419, LYMER #10136, MCDONALD #11453 completed the above canvass.

Due to the hour, there were not many people who police were able to speak to at the time of this report.

**\*\*NOTIFICATIONS\*\***
Sgt Lyon #7903 was on scene.

Canine attended with negative results.

55D CIB also attended the scene.

FIS was contacted to attend the scene.

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***

A - 038



# TORONTO POLICE SERVICE
## NARRATIVE TEXT HARDCOPY

**GO# TP  2019-1953962**

Narrative: **SUPPLEMENTARY - GO - 5**
**SUPPLEMENTAL REPORT**
Author: **9273 SIRIZZOTTI, JAMIE**
Related date: **Thursday, 2019-Oct-10  at: 06:14**
Related event: **GO   2019 - 1953962**

Officers arrived at 22 Glenwood Crescent along with K9.  While clearing the rear yard of 20 Glenwood Crescent PC Surcon 8308 located a black firearm in the garden next to the pathway.close to the 22 Glenwood Crescent address.

Along with the firearm, there were 5 unspent cartridges and the bottom plate and spring mechanism of the magazine close by.

Officers observed before entering the yard that the chainlink gate was closed.

Officers Surcon and Sirizzotti remained at the rear of 20 Glenwood Crescent guarding the evidence and rear yard until being relieved by PC Miller 9838 and PC 10190.

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***

A - 039

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: August 05, 2020

## FIREARMS TRACE SUMMARY

Trace Number: T20200207158     Request Date: June 04, 2020     Completion Date: June 05, 2020

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

Badge No:       1082
Investigation No:  20-673

### FIREARM INFORMATION
Manufacturer: SMITH & WESSON
Model: M&P 9
Caliber: 9
Serial Number: HDW7911
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 05/23/2020
Time to Crime: 510 days

164 BARRINGTON AVE
TORONTO, ON
CANADA
Possessor:  JAHZIAH  THOMPSON
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 12/30/2018
BRETT ALAN SUMMERS JR

### DEALER INFORMATION
FFL: 43103551
ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
Phone:     (614) 260-2855     Ship-To-Date:
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION
TPS Smith: 20-950590
P6677010

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL).  THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

The information in this report must be validated prior to use in any criminal proceedings.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**



**TORONTO POLICE SERVICE**
**NARRATIVE TEXT HARDCOPY**

GO# TP 2020-950590

---

Narrative: **PROSECUTION SUMMARY - 1**
        **Prosecution Summary THOMPSON, JAHZIAH CAPPONE**
Author: **9625 VUKOVIC, MATTHEW**
Related date: **Saturday, 2020-May-23 at: 14:50**
Related event: **GO 2020 - 950590**

## SYNOPSIS FOR A GUILTY PLEA

**Date and Time: 2020/05/23**
**Arrest Location: 165 Barrington Ave**
**Accused: Jahziah THOMPSON**

| | |
|---|---|
| **Charge 1:** | **Unauthorized Possession of a Firearm CC 91(1)** |
| **Charge 2:** | **Possession of a Loaded Firearm CC 95(1)** |
| **Charge 3** | **Possess Prohibited device knowing no authority 92(2)** |
| **Charge 4:** | **Possession of a Firearm Contrary to Prohibition Order CC 117.01(1)** |
| **Charge 5:** | **Possession of a Firearm Contrary to Prohibition Order CC 117.01(1)** |
| **Charge 6:** | **Fail to Comply with Recognizance CC 145 (5) (a)** |
| **Charge 7:** | **Fail to Comply with Undertaking CC 145 (4) (a)** |

On Saturday the 23rd of May 2020 members of the Toronto Police Guns and Gangs Unit were conducting an investigation in regards to an ongoing shooting investigation that had taken place on May 20th 2020. Information from that investigation led officers to attend the area of Secord Ave and Newman Ave looking for the vehicle involved which was a Grey Nissan Altima or Maxima with licence plate #BTMV818. Officers located the motor vehicle unoccupied parked out front of 164 Barrington Ave. Officers setup in the area of the vehicle and observed the accused approach the motor vehicle, unlock it remotely and enter the driver seat. Officers approached and the accused fled from the vehicle. After a brief foot pursuit the accused was apprehended in the driveway of 165 Barrington Ave. In a cross body satchel worn on the accused officers located a loaded Smith and Wesson M&P 9mm hand gun with an over capacity magazine containing ten 9mm rounds **(Charges 1-3)**.

The accused was advised of his rights to counsel and transported to 41 for processing.

THOMPSON is currently before the courts with two separate releases with conditions

On September 7th 2019 the accused was released from custody on an Undertaking Given to a Justice or Judge for the charges of Possess Scedguked 1 for the Purpose of Trafficking and Possession of proceeds. The accused was released on several conditions including - "Do not possess - any weapon(s) as defined by the Criminal Code(for example, but not restricted to, a pellet gun, firearm, imitation firearm, cross-bow, prohibited or restricted weapon or device, ammunition or explosive substance or anything designed to be used or intended for use to cause death or injury or to threaten or intimidate any person"

Further on January 14th 2020 the accused was released from custody on a Form 11 Release Order for the charges of Threaten Death X 5, Carry Concealed Weapon and FTC Undertaking with several conditions including "Do not possess - any weapon(s) as defined by the Criminal Code(for example, but not restricted to, a pellet

*** CONFIDENTIAL ***



**TORONTO POLICE SERVICE**
**NARRATIVE TEXT HARDCOPY**

**GO# TP 2020-950590**

gun, firearm, imitation firearm, cross-bow, prohibited or restricted weapon or device, ammunition or explosive substance or anything designed to be used or intended for use to cause death or injury or to threaten or intimidate any person"
**(Charges 4-7).**

The accused was held for a show cause hearing.

**\*\*\* END OF HARDCOPY \*\*\***

**\*\*\* CONFIDENTIAL \*\*\***

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133  Fax:(800) 578-7223

Print Date: August 05, 2020

## FIREARMS TRACE SUMMARY

Trace Number: T20200205743  Request Date: June 03, 2020  Completion Date: June 04, 2020

**SCOTT FERGUSON**
**PWEU - CRIME GUN ANALYSIS TEAM**
**777 MEMORIAL AVENUE**
**ORILLIA, ON L3V7V7**
**CANADA**
**PHONE:** +(905) 671-6849 Ext:
**FAX** +(905) 671-6869

**Badge No:** 1082
**Investigation No:** 20-657

### FIREARM INFORMATION

Manufacturer: SMITH & WESSON
Model: M&P 9
Caliber: 9
Serial Number: HNF4487
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 06/01/2020
Time to Crime: 519 days

7 BAY ST B
PARRY SOUND, ON
CANADA
Possessor: ADRIAN PATTERSON
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 12/30/2018
BRETT ALAN SUMMERS

### DEALER INFORMATION
FFL: 43103551
ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:** (614) 260-2855  **Ship-To-Date:**
Ext:

Contact the local ATF office for additional information.

## ADMINISTRATIVE INFORMATION
OPP Richardson: NP20057957

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

Trace: T20200205743
**FOR OFFICIAL USE ONLY**

Page 1 of 2

A - 044



**The information in this report must be validated prior to use in any criminal proceedings.**

## Arrest Report

Ontario Provincial Police

Printed: 2020/06/04 07:49 by 13691

Arrestee:
**PATTERSON, ADRIAN** [24) M (138 BANTING CRES, BRAMPTON, ON Canada (Voice) (647) 701-3831 ) DL:ON

Occurrence: NP20057957 Weapons @2020/06/01 16:56

Author: #13022 MAKI, K.                          Report time: 2020/06/01 00:00
Entered by: #13022 MAKI, K.                      Entered time: 2020/06/01 22:00

**Arrest Details:**

Arrest time: 2020/06/01 17:18

Place of Arrest: 400 HY N and 559 HY, CARLING TWP ON (Area: 4914, Duty locn: 4J00, Beat: 4J20, ESZ: 417853)

Arresting Officer: #12797 CATCHER, B. , #13759 JEFFERY, A. , #12797 CATCHER, B.

Type: Found committing; Reasonable grounds                      Warrant Number:

Release time: 2020/06/02 00:00

Disposition: Custody - Show Cause Hearing

Release officer:

Fingerprint date:

Court date: 2020/06/02 09:00                      Court room: 1

**Property Details:**

Property bag number:

Property description:

Property taken by officer:

Cash taken: $                      Cash taken by officer:

Remarks:

| Off/Chg date: | Occ #: | Status: | Offence/Charge summary: |
|---|---|---|---|
| 2020/06/01 | NP20057957 | Pending | CC 320.17 Flight from peace officer (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 320.13(1) Dangerous operation (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 129(a) Obstruct Peace Officer (Adult) |
| 2020/06/01 | NP20057957 | Pending | CDSA 5(1) Traffick in Schedule I substance - Heroin (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 91(1) Unauthorized possession of a prohibited or restricted firearm (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 94 Occupant of Motor Vehicle knowing there was Firearm (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 95(a) Possession of Loaded Prohibited or Restricted Firearm (Adult) |
| 2020/06/01 | NP20057957 | Pending | CC 92(2) Possession of a prohibited device or ammunition (Adult) |

| | | | |
|---|---|---|---|
| *2020/06/01* | *NP20057957* | *Pending* | *CC 117.01(1) Poss of Firearm or Ammunition contrary to Prohibition Order (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *CDSA 5(1) Traffick in Schedule I substance-Cocaine (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *HTA 172(1) Race a motor vehicle - Excessive Speed (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *HTA 53(1) Driving while under suspension (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *LLA 32(1) Driving motor vehicle with open container of liquor (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *CCA2017 12(1) Drive vehicle or boat with cannabis readily available (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *CDSA 4(1) Poss of a Schedule I Substance-Cocaine (Adult)* |
| *2020/06/01* | *NP20057957* | *Pending* | *CDSA 4(1) Poss of a Schedule I Substance - Heroin (Adult)* |

### R v. Adrian PATTERSON

**Criminal CodeCharge(s):**

1. CC 320.17 - Flight from Peace Officer
2. CC 3020.13(1) - Dangerous Operation
3. CC 129(a) - Obstruct Peace Officer
4. CC 91(1) - Unauthorized Possession of a Prohibited or Restricted Firearm
5. CC 94 - Occupant of Motor Vehicle Knowing there was a Firearm
6. CC 95(a) - Possession of Loaded, Prohibited or Restricted Firearm
7. CC 92(2) - Possession of a Prohibited Device or Ammunition
8. CC 117.01(1) - Possession of Firearm or Ammunition Contrary to Prohibition Order
9. CDSA 5(1) - Trafficking in Schedule I Substance - Cocaine
10. CDSA 5(1) - Trafficking in Schedule I Substance - Heroin
11. CDSA 4(1) - Possession of Schedule I Substance - Cocaine
12. CDSA 4(1) - Possession of Schedule I Substance - Heroin
13. CDSA 5(1) - Trafficking in Schedule I Substance - Fentanyl

Provincial Offences Charges:

1. HTA 172(1) - Drive Motor Vehicle - Performed Stunt - Speeding by 50 or More Km/h.
2. HTA 53(1) - Driving While Under Suspension
3. LLA 32(1) - Drive Motor Vehicle with Open Container of Liquor
4. CCA 12(1) - Drive Vehicle or Boat with Cannabis Readily Available

**Synopsis:**

On June 1, 2020 at 4:56pm West Parry Sound OPP was notified by the Orillia Provincial Communications Centre of a White Ford Fusion bearing Ontario plate CKZL475 that had failed to stop for a Bracebridge OPP officer when the officer attempted to initiate a traffic stop for stunt driving. The Bracebridge OPP officer, a trained and qualified radar operator identified the target vehicle and verified the accused's vehicle to be travelling at 156km/h. The officer was traveling northbound on Hwy 400 near kilometer marker 189, and the vehicle approached him northbound from the rear when it was locked on radar. The officer slowed, allowing the vehicle to pass him. He then activated his emergency lights and sirens the vehicle sped up, accelerating away from the officer. Out of concern for public safety, the officer did not pursue the vehicle.

Based on information relayed that the vehicle was continuing northbound at a high rate of speed, West Parry

Sound OPP officers staged in various locations on Highway 400.

At 1711h police located the vehicle on Highway 400 northbound at Bowes St, Parry Sound. Initially the vehicle was caught up in heavy traffic due to a lane closure for construction. After the construction zone ended and both lanes of the highway were open, the vehicle was observed weaving through traffic and increased it's speed. Officers followed from a distance at speeds of 180-190kmh maintaining observation of the vehicle and vehicle was increasing its distance from the police, indicating the vehicle was traveling faster than the police vehicles.

Another officer, stationary at the Highway 400 interchange with Highway 559 ahead of the other officers and suspect vehicle overpass, successfully deployed a tire deflation device causing the vehicle to veer and spin off the roadway, striking a highway marker sign, and eventually stopping approximately 100 metres north of the Highway 559 overpass. This occurred at 1716h.

Two males then immediately exited the vehicle and fled on foot across the centre median, across the southbound lanes of Hwy 400, and over the rock cut in efforts to evade police. Officers pursued the males on foot as they climbed a low rock cut towards a wooded area. One of the males, the accused Adrian PATTERSON, was observed to throw an object he retrieved from his waistband. As he threw the object, a leather satchel slid off his shoulder and fell to the ground. Officers took physical control of the male and took him into custody.

The object thrown was located on the ground and identified as a Smith & Wesson M&P 9mm handgun. The gun was loaded with a round in the chamber ready to fire. Officers searched his bag incident to the arrest and observed multiple clear plastic bags containing different coloured powder substances believed to be Schedule I controlled substances.

The other male suspected ran into a wooded area out of sight. Due to concern he may also be armed with a firearm, officers did not pursue him and requested additional officers establish a perimter in the area. The OPP helicopter, Tactics & Rescue Unit and Canine Unit attended to conduct a search for the outstanding male suspect. This suspect was described as a black male wearing a white t- shirt and dark pants with an "adidas" style stipe down the legs, fled into the treeline beyond the rock cut west of the highway and currently remains outstanding.

Security of the vehicle was maintained at the scene. The vehicle had flat tires from the spike belt deployment, and damage to the rear left passenger side door (dent and exterior door pull was gone). A cursory check of the vehicle reveiled an open container of alcohol (Dragon Stout Beer) in the center console, as well as the packaging for said beer in the passenger foot well, drug paraphrenalia, and a green camouflage kevlar vest in the rear right passenger seat. The vehicle was secured, towed and escorted back to the Parry Sound OPP detachment garage, to await further examination from Identification services.

This accused, later confirmed to be Adrian PATTERSON, had no wallet or photo identification on his person. He eventually provided officers the name of Andre Stone 1994 Aug 2. He provided this name while in the back seat of the police vehicle, after being asked multiple times to identify himself. He was given rights to counsel and cautioned but did not respond to officer questions other than to repeatedly ask for water. He also told the officer he wanted to speak to his lawyer. He began to dry heave and vomit. He admitted to the officer he was thirsty and sick from running.

Cst Jeffery transported him back to the West Parry Sound detachment at 1736h, arriving at 1749h. The male was brought into the detachment and his handcuffs removed. He was given water as requested and re-read rights to counsel. He indicated his lawyer was Maurice MATTIS from Toronto.

Cst Jeffery conducted a google search of Maurice Mattis and located a law firm Mattis Law located in Brampton/Scarborough and called the general number. A message was left with the operator. The officer waited longer than 10 minutes and there was no return call. Being that it was now 1818h, beyond normal business hours, the officer spoke to PATTERSON and asked if he had an alternate number to contact MATTIS. He advised he did not, and did not have any other lawyer. The officer advised he could contact Legal Aid - Duty Counsel. PATTERSON accepted this. Cst Jeffery called duty counsel.

At this time PATTERSON was still affirming his identity was Andre STONE. The officers conducted various database checks of Andre STONE and were unable to locate a male by that name and were suspicious it was a false name. Eventually the male identified himself as Adrian PATTERSON . Officers confirmed his

identity when they located a identification photo of PATTERSON which included a photograph of his front neck area with a tattoo in the form of two-winged symbol.

Police queried PATTERSON on CPIC, who was subject to a five year weapons prohibition, under the authority of section 110 of the Criminal Code of Canada.

At 1845 Duty Counsel PYE called back, and PATTERSON spoke to him in private.

While pursuing the two males on foot, the PATTERSON was observed by Cst Catcher, throwing a black leather satchel as well as a black semi-automatic handgun, which was later confirmed to contain a prohibited magazine. The gun also had a round chambered. PC CATCHER arrested PATTERSON. He was assisted by PC Logue and PC A. Jeffery. PC Catcher seized and secured the satchel and the handgun. The handgun held a loaded magazine and a chambered round.

The aforementioned satchel was subsequently searched, and found to contain several different controlled substances. These substances are believed to be Cocaine, Heroin, and Fentanyl. Prior to processing, police believe there to be approximately 450g of each controlled substance. The substances were contained in plastic wrap and portioned into various quantities.

A frisk search incident to arrest of PATTERSON also located a small amount of dried cannabis on his person.

A Ministry of Transportation query of the vehicle yielded that PATTERSON is currently under a driver's licence suspension for unpaid fines (#17SUSP-7057514 – Effective 27 April, 2017 - Indefinite). The suspension was confirmed to be valid and deemed served via suspension control.

PATTERSON has been held for remand bail court - 2 June 2020.

**2 JUNE 2020**

On this date Scenes of Crime Officer Shank conducted a search of the involved vehicle. Investigation revealed that it was rented in early May 2020 by a female party named Nicole VELDHUIS. As a result, the involved male parties have no colour of right to the vehicle.

Cst Shank located cannabis in the center console of the vehicle. She located open alcohol in the front passenger area of the vehicle. A temporary Ontario driver licence in the name of Sean ROSS       was located in the vehicle. Investigators obtained security footage of ROSS at places of business based on receipts found in the vehicle. A black male wearing matching clothing to the unknown suspect in this incident was observed, making him a person of interest in this investigation.

The rental agency for the motor vehicle also provided investigators a download of GPS tracking data for the vehicle during the current rental period. The data provided included date, time, location, and vehicle speed at various intervals. On the date of the offence the vehicle was traveling at a high rate of speed consistent to officer observations.

*Investigation ongoing*

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: November 18, 2020

## FIREARMS TRACE SUMMARY

**Trace Number: T20200444085**      **Request Date: November 10, 2020**      **Completion Date: November 16, 2020**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:**      **1082**
**Investigation No:  20-1469**

### FIREARM INFORMATION

**Manufacturer:** SMITH & WESSON
**Model:** M&P 40 SHIELD
**Caliber:** 40
**Serial Number:** HYZ6812
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION      **Recovery Date:** 09/18/2020
**Time to Crime:** 628 days

47 DON HILLCOCK DRIVE
AURORA,  ON
CANADA
**Possessor:**   SIVRON  EDWARDS

### PURCHASER INFORMATION      **Purchase Date:** 12/30/2018      **DOB:**
BRETT ALAN SUMMERS JR      **POB:**

### DEALER INFORMATION      **FFL:** 43103551

ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:**      (614) 260-2855      **Ship-To-Date:**
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

York Regional Police: JONES
20-299786:

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL).  THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE.  TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**The information in this report must be validated prior to use in any criminal proceedings.**

Controlled Information

Uncontrolled Information

**Additional Remarks:**

MULTIPLE SALE MODEL SUBMITTED AS M&P 40



**The information in this report must be validated prior to use in any criminal proceedings.**



# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
### (WEAPONS POSSESSION OF FIREARM)

**GO#** 2020-299786
**CHARGED (ADULT OR YOUNG PERSON)**

---

## 6. SURETY  4 -                          (CASE-SPECIFIC)

### CASE SPECIFIC INFORMATION

**Sex** FEMALE
**Residing at**

### MASTER NAME SUMMARY

**Name**
**Sex**
**Address**

---

## Related Vehicle(s)

### 1. IMPOUNDED(ETOW)  1  (CASE-SPECIFIC)

AUTOMOBILE   2007  VOLVO  4 DOOR SEDAN  WHITE
**Licence**   CPKJ680  ONTARIO
**VIN**   YV1MS382172277848

#### PARTICULARS

**Remarks**   FIREARM LOCATED IN VEHICLE GLOVEBOX

### MASTER VEHICLE SUMMARY

AUTOMOBILE   2007  VOLVO
**Style**   4 DOOR SEDAN
**Colour**   WHITE
**Licence**   CPKJ680  ONTARIO
**VIN**   YV1MS382172277848

---

## Related Narrative(s)

**Narrative**   INITIAL OFFICER REPORT - 1
POSSESSION OF FIREARM/CONTROLLED SUBSTANCE
**Author**   2284 JONES, TAYLOR
**Related date/time**   FRIDAY, 2020-SEP-18  08:52

On September 18, 2020 PC JONES #2284 was on general patrol west bound on Steeles Avenue just east of Keele Street in the City of Vaughan Region of York.

PC JONES observed a white four door sedan bearing Ontario marker CPKJ680, north bound on Keele Street turn west bound onto Steeles Avenue. PC JONES was behind the white sedan and observed the vehicle swerve within its lane. The vehicles speeds were varying as it was travelling west bound on Steeles Avenue. The white sedan turned south bound on Jane Street into the City of Toronto.

At 00:49 hrs PC JONES activated the marked police cruiser lights and stopped the vehicle just north of Hullmar Drive in the right turn lane on Jane Street.

A - 052

---

**YORK REGIONAL POLICE**

**GENERAL OCCURRENCE HARDCOPY**
**(WEAPONS POSSESSION OF FIREARM)**

**GO#  2020-299786**
**CHARGED (ADULT OR**
**YOUNG PERSON)**

PC JONES approached the driver side door and the driver had the window down approximately 6 inches. PC JONES advised the male driver that the reason for the traffic stop was to check his sobriety. The male driver advised that he had consumed two glasses of alcohol 30 minutes prior to the traffic stop. The male driver surrendered a valid Ontario driver's licence, ownership for the vehicle and insurance. The male was identified as Sirvon EDWARDS. EDWARDS date of birth              was the registered owner of the vehicle.

At 00:53hrs PC JONES read EDWARDS the approved screening device demand. EDWARDS did not exit the vehicle therefore PC JONES explained his jeopardy that would change and he would be arrested for refuse. EDWARDS exited the vehicle and accompanied PC JONES and PC FRASER # 2604 to the front of police cruiser 458.

EDWARDS blew into the approved screen device four times and caused a blow interruption. At 00:57 hrs EDWARDS blew a fourth time and registered a fail.

At 00:57hrs PC JONES advised EDWARDS that he was under arrest for 80 plus. PC JONES and PC FRASER took control of EDWARDS arms. EDWARDS actively resisted by trying to pull his arms away from police. EDWARDS began to repeatedly say "why are you arresting me" as he actively attempted to break free from Police custody. PC JONES advised EDWARDS to stop resisting and EDWARDS continued to disobey polices orders. PC FRASER and PC JONES took EDWARDS to the ground and EDWARDS continued to resist arrest. While on the ground EDWARDS began to reach for his waistband multiple times as Police instructed him to stop reaching for his waistband.

At 00:58hrs a civilian on scene,                     asked if police needed assistance. PC JONES instructed           to hold EDWARDS legs while other officers arrived on scene to assist with the arrest.

At 01:01hrs EDWARDS was taken into custody and during search incident to arrest, a clear ziplock bag with a white powdery substance inside the bag was located. PC JONES advised EDWARDS he was also under arrest for possession of a controlled substance. EDWARDS was placed into cruiser 458.

At 01:11 Hrs PC JONES read EDWARDS his rights to council and caution. EDWARDS was not responding to if he understood but did say he wanted a lawyer. EDWARDS was read his caution and breath demand.

EMS was on scene and transported EDWARDS to Mackenzie Health.

During search incident to arrest of the vehicle, a 40 caliber Smith and Wesson handgun was located in the glove-box with 6 rounds in the magazine.

EDWARDS was rearrested for possession of the firearm and read his rights to council and caution.

At the time of the report, EDWARDS was at the hospital getting medical attention.

| | |
|---|---|
| **Narrative** | PROSECUTION SUMMARY-GUILTY PLEA SYNOPSIS - 1 |
| | EDWARDS, SIRVON PIERRE |
| **Author** | 2604 FRASER, CHARLES |
| **Related date/time** | FRIDAY, 2020-SEP-18  05:17 |

```
*** COUNT 1 - Careless Use of Firearm section 86(1) CC ***



On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check
of a motor vehicle as the vehicle varied speeds and was swerving within the
lane. The accused was the lone occupant inside a motor vehicle bearing Ontario
marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of
York. The accused informed Police that he had consumed two drinks of alcohol.
Police conducted a roadside approved screening device demand where the accused
subsequently registered a FAIL. Police located a white powder on the accused
person which they suspected to be cocaine. Police conducted a search of the
```

A - 053

# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

GO#  2020-299786

CHARGED (ADULT OR
YOUNG PERSON)

motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused, without lawful excuse was transporting a firearm in a careless manner or without reasonable precautions for the safety of other persons contrary to section 86(1) of the Criminal Code of Canada.

*** COUNT 2 - Unauthorized Possession of a Firearm section 91(1)(a) CC ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was in possession of a firearm without being the holder of a valid firearms licence in Canada. The accused committed an offence contrary to section 91(1)(a) of the Criminal Code of Canada.

*** COUNT 3 - Possession of a Firearm knowing its possession is Unauthorized section 92(1)(a) ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was in possession of a firearm knowing that they are not the holder of a valid firearms licence in Canada. The accused committed an offence contrary to section 92(1)(a) of the Criminal Code of Canada.

*** COUNT 4 - Possession of Prohibited or Restricted Firearm with Ammunition section 95(1) CC ***

A - 054



# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

GO# 2020-299786

CHARGED (ADULT OR
YOUNG PERSON)

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was in possession of a loaded prohibited firearm with readily accessible ammunition that was capable of being discharged in the firearm. The accused committed an offence contrary to section 95(1) of the Criminal Code of Canada.

*** COUNT 5 - Unauthorized possession in Motor Vehicle section 94(1) CC ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was an occupant of a motor vehicle knowing there was a firearm within the vehicle and was unauthorized. The accused committed an offence contrary to section 94(1) of the Criminal Code of Canada.

*** COUNT 6 - Unauthorized Possession of a Firearm section 91(2) CC ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search incident to arrest of the vehicle and located a loaded firearm with a magazine with approximately 6 rounds, in the glovebox of the motor vehicle on the passenger side.

A - 055

# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

**GO#** 2020-299786

**CHARGED (ADULT OR YOUNG PERSON)**

---

The accused was in possession of a prohibited device, specifically a prohibited magazine, without being the holder of a valid licence in Canada. The accused committed an offence contrary to section 91(2) of the Criminal Code of Canada.

*** COUNT 7 - Possession of a firearm contrary to order section 117.01(1) CC ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was in possession of a firearm contrary to order. The accused committed an offence contrary to section 117.01(1) of the Criminal Code of Canada.

*** COUNT 8 - Possession of a Schedule I Substance Section 4(1) - Controlled Drugs and Substance Act CC ***

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL. Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused was subsequently arrested and charged with Possession of a Controlled Substance contrary to CDSA section 4(1) for being in possession of what is suspected to be cocaine.

| | |
|---|---|
| **Narrative** | PROSECUTION SUMMARY-GUILTY PLEA SYNOPSIS - 2 |
| | EDWARDS, SIRVON PIERRE-ADDITIONAL CHARGE |
| **Author** | 2266 SHAW, BRANDON |
| **Related date/time** | FRIDAY, 2020-SEP-18  10:19 |

*****************************************************************************
Count #9 - Assault With Intent to Resist Arrest - S. 270(1)(b)
*****************************************************************************

A - 056

# YORK REGIONAL POLICE

**GENERAL OCCURRENCE HARDCOPY**
**(WEAPONS POSSESSION OF FIREARM)**

GO#  2020-299786

**CHARGED (ADULT OR**
**YOUNG PERSON)**

---

On Friday September 18th 2020, at 12:49am, Police conducted a sobriety check of a motor vehicle as the vehicle varied speeds and was swerving within the lane. The accused was the lone occupant inside a motor vehicle bearing Ontario marker at Steeles Avenue West and Jane Street in the City of Vaughan, Region of York. The accused informed Police that he had consumed two drinks of alcohol. Police conducted a roadside approved screening device demand where the accused subsequently registered a FAIL.

The accused actively resisted arrest by trying to pull his arms away from police. The accused began to repeatedly say "why are you arresting me" as he actively attempted to break free from Police custody. PC JONES advised the accused to stop resisting and he continued to disobey police orders. PC FRASER and PC JONES had to take the accused to the ground and he continued to resist arrest. The accused was finally taken into custody with the help of a civilian.

Police located a white powder on the accused person which they suspected to be cocaine. Police conducted a search of the motor vehicle incident to arrest and located a loaded firearm inside the glovebox on the passenger side.

The accused resisting arrest directly contravenes S . 270(1)(b) of the Criminal Code.

---

**Narrative**   WITNESS LIST - 1
            WITNESS LIST
**Author**   2604 FRASER, CHARLES
**Related date/time**   FRIDAY, 2020-SEP-18  02:55

A.   YORK REGIONAL POLICE OFFICERS:

For all involved York Regional Police officers, indicate the following.
Please include name and role in the incident for all officers involved. If
outside agency officer, use section B:

CROWN/PROSECUTOR/
COURT WITNESS OFFICER
OFFICER to complete:                                  to complete:

1. Name:   [PC JONES                                 ]  Required for court?
Badge #:[2284  ]                                      __ Yes __ No
Notes Scanned:[Yes]
Involvement:                                          Date:_____
[OIC                                                 ]
Initials:_____


2. Name:   [PC FRASER                                ]  Required for court?
Badge #:[2604  ]                                      __ Yes __ No
Notes Scanned:[Yes]
Involvement:                                          Date:_____
[ASSISTED                                            ]
Initials_____

A - 057

# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

GO#  2020-299786

**CHARGED (ADULT OR YOUNG PERSON)**

[Detective Constable Mark Blacker #1332 is a Police Officer with the York Regional Police and has been employed since December 2002 and is currently assigned to 4 District Criminal Investigation Bureau Persons Crime D Platoon as an investigator.

Police Constable Renee SNELLINGS, badge 2302 is a police officer with York Regional Police and has been employed since November 2014, and is currently assigned to 4CIB.

On September 18, 2020 at 11:45 hours members of 4 CIB property crime, and ERU attended with BLACKER #1332 and SNELLINGS #2302 to execute a search warrant at 230-390 Sentinel Rd, Toronto.

The warrant was signed by Justice of the Peace Allison.  Entry was gained to the apartment without any damage.  The mother of the accused,                        was in the apartment at the time of execution.

BLACKER #1332 took entry and exit video of the apartment.  A black safe was seized from the area the accused had been sleeping.  The safe was later found to contain drug packaging.]
IDENTIFIED:
EXAMPLE:

(NAME)
(D.O.B, e.g. 01 January 1980)
(ADDRESS)
(RELEVANT PHONE NUMBERS)


[                                                                    ]

---

|  | **Narrative** | SUPPLEMENTAL REPORT - 4 |
|---|---|---|
|  |  | RESULTS OF BREATH TEST |
|  | **Author** | 2284 JONES, TAYLOR |
|  | **Related date/time** | SATURDAY, 2020-SEP-26  05:02 |

On September 18, 2020 PC SU took two samples of EDWARDS breath at Mackenzie Health Centre.

At 0416hrs the first breath sample test result was 60 milligram.

At 0440hrs the second breath sample test result was 60 milligram.

As a result, EDWARDS licence was suspended for 3 days (susp # 0811383).

---

|  | **Narrative** | SUPPLEMENTAL REPORT - 5 |
|---|---|---|
|  |  | MTO RO INFO |
|  | **Author** | 2284 JONES, TAYLOR |
|  | **Related date/time** | FRIDAY, 2020-OCT-16  18:21 |

On October 16, 2020 PC JONES #2284 queried Ontario licence plate CPKJ680 on MTO.

PC JONES also attached a print out from MTO to the report.


Plate


Plate #: CPKJ680  CA-ON
Date: 2020-10-16
Plate Status: Attached

A - 058



# YORK REGIONAL POLICE

**GENERAL OCCURRENCE HARDCOPY**
**(WEAPONS POSSESSION OF FIREARM)**

**GO#**  2020-299786
**CHARGED (ADULT OR YOUNG PERSON)**

---

## DISPOSAL DETAILS

**Disposed**  NO

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | SEIZED | | |
| **Tag #** | 20299786-6 | **Type** | PHOTOS/PHOTOGRAPHIC EQUIPMENT |
| **Item** | CAMERA | | |
| **Make** | DASH | **Colour** | BLACK |
| **Model** | FHD1080P | | |
| **Description** | DASH CAMERA AND POWER CABLE | | |
| **Bag #** | Y588941 | | |
| **At scene #** | A1511086 | | |
| **Current Location** | 4D E20071 | | |

## PROPERTY CONTROL

**Storage Location**  4D PROPERTY   E20071
**Remarks**  RMVD FRM LKR 009

## DISPOSAL DETAILS

**Disposed**  NO

---

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Report Number** | 20299786A | **Property case status** | SEIZED |
| **Submitted on** | FRIDAY, 2020-SEP-18 | **By** | 2284 JONES, TAYLOR |
| **Seizure reason** | EVIDENCE | | |

## RELATED

**Occurrence**  GO 2020-299786
**Insurance letter**  NO
**Related items**  1

## DRUGS - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | SEIZED | | |
| **Tag #** | 20299786A-1 | **Name** | OTHER |
| **Form** | OTHER | **Category** | DRUG PARAPHER |
| **Quantity** | 0.00 | **Unit** | 0 |
| **Description** | DRUG BAGS | | |
| **Bag #** | Y645178 | | |
| **At scene #** | A1511393 | | |
| **Current Location** | 4D E20071 | | |

## PROPERTY CONTROL

**Storage Location**  4D PROPERTY   E20071
**Remarks**  RMVD FRM LKR 025

## DISPOSAL DETAILS

**Disposed**  NO

A - 059



# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

**GO#**  2020-299786
**CHARGED (ADULT OR YOUNG PERSON)**

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Report Number** | 20299786B | **Property case status** | SEIZED |
| **Submitted on** | FRIDAY, 2020-SEP-18 | **By** | 1332 BLACKER, MARK A |
| **Seizure reason** | EVIDENCE | | |
| **Seizure authority** | CDSA | | |

### RELATED

| | |
|---|---|
| **Occurrence** | GO 2020-299786 |
| **Insurance letter** | NO |
| **Related items** | 2 |

## DRUGS - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | SEIZED | | |
| **Tag #** | 20299786B-1 | **Name** | OTHER |
| **Form** | OTHER | **Category** | DRUG PARAPHER |
| **Quantity** | 0.00 | **Unit** | 0 |
| **Description** | RED ZIP LOC BAGGIES | | |
| **Bag #** | Y588993 | | |
| **At scene #** | A1494369 | | |
| **Current Location** | 4D E20071 | | |

### PROPERTY CONTROL

| | |
|---|---|
| **Storage Location** | 4D PROPERTY  E20071 |
| **Remarks** | RMVD FRM LKR 015 |

### DISPOSAL DETAILS

| | |
|---|---|
| **Disposed** | NO |

## ARTICLES - EVIDENCE

| | | | |
|---|---|---|---|
| **Status** | SEIZED | | |
| **Tag #** | 20299786B-2 | **Type** | OFFICE EQUIPMENT |
| **Item** | SAFE | | |
| **Make** | SMALL | **Colour** | BLACK |
| **# of Pieces** | 1 | | |
| **Description** | SMALL BLK SAFE | | |
| **At scene #** | A1494370 | | |
| **Current Location** | 4D PFLR | | |

### PROPERTY CONTROL

| | |
|---|---|
| **Storage Location** | 4D PROPERTY  PFLR |
| **Condition** | DAMAGED |
| **Remarks** | RMVD FRM LKR 015. SHELVING UNIT |

### DISPOSAL DETAILS

| | |
|---|---|
| **Disposed** | NO |

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| **Report Number** | 20299786C | **Property case status** | RETAINED |

A - 060



# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

**GO#** **2020-299786**

**CHARGED (ADULT OR YOUNG PERSON)**

---

## DISPOSAL DETAILS

**Disposed** NO

---

## REPORT INFORMATION

**Report Number** 20299786E      **Property case status** SEIZED
**Submitted on** FRIDAY, 2020-SEP-18      **By** 2284 JONES, TAYLOR

### RELATED

**Occurrence** GO 2020-299786
**Insurance letter** NO
**Related items** 2

## DRUGS - EVIDENCE

**Status** SEIZED
**Tag #** 20299786E-1      **Name** COCAINE
**Form** POWDER      **Category** SCHEDULE 1 (C
**Quantity** 0.21      **Unit** G
**Description** DRUG FOR ANALYSIS
**At scene #** ON0116602
**Current Location** HEALTH CANADA

## EVIDENCE CONTINUITY

**Date/Time** WEDNESDAY, 2020-SEP-23  08:58
**Trans Off** WHITE, TERRY
**From** DR  DL      **Custodian** WHITE, TERRY
**To** HEALTH CANADA      **Custodian** WHITE, TERRY
**Purpose** **HEALTH CANADA**      **Action** DRUG EXHIBIT OFFICER

## PROPERTY CONTROL

**Storage Location** DRUGS  DL

## DISPOSAL DETAILS

**Disposed** NO

## DRUGS - EVIDENCE

**Status** SEIZED
**Tag #** 20299786E-2      **Name** COCAINE
**Form** POWDER      **Category** SCHEDULE 1 (C
**Quantity** 5.21      **Unit** G
**Description** BULK DRUG AS EVIDENCE
**Bag #** Y645176
**Current Location** DR E20046

## PROPERTY CONTROL

**Storage Location** DRUGS  E20046

A - 061

---



# YORK REGIONAL POLICE

## GENERAL OCCURRENCE HARDCOPY
## (WEAPONS POSSESSION OF FIREARM)

**GO#  2020-299786**

**CHARGED (ADULT OR YOUNG PERSON)**

---

### DISPOSAL DETAILS

**Disposed**  NO

---

## REPORT INFORMATION

**Report Number**  20299786F  **Property case status**  SEIZED
**Submitted on**  FRIDAY, 2020-SEP-18  **By**  1855 SIROTKIN, ARTSIOM

### RELATED

**Occurrence**  GO 2020-299786
**Insurance letter**  NO
**Related items**  1

### FIREARM - EVIDENCE

**Status**  SEIZED
**Tag #**  20299786F-1  **Item**  SEMI-AUTOMATIC
**Type**  HAND GUN RESTRICTED  **Ser. #**  HYZ6812
**Make**  S&W  **Model**  UNK
**Manufacturer**  S&W
**Frame Indicator**  N
**Calibre**  0
**CFC extract status**  CFC-ELIGIBLE  **CFC extract date**
**Description**  UNREGISTERED PISTOL W/SN: HYZ6812 - W/MAG
**At scene #**  A1533055
**Current Location**  EXPERT

### EVIDENCE CONTINUITY

**Date/Time**  WEDNESDAY, 2020-NOV-04  08:08
**Trans Off**  HOEKSTRA, MARK
**From**  CS  CENTRAL SERVICES  **Custodian**  FLOOD, MEGAN
**To**  EXPERT  **Custodian**  HOEKSTRA, MARK
**Purpose**  **FIREARMS ANALYSIS**  **Action**  IDENTIFICATION OFFIC

### PROPERTY CONTROL

**Storage Location**  CENTRAL SERVICES  EC

### DISPOSAL DETAILS

**Disposed**  NO

---

## REPORT INFORMATION

**Report Number**  20299786G  **Property case status**  SEIZED
**Submitted on**  THURSDAY, 2020-SEP-17  **By**  2284 JONES, TAYLOR
**Seizure reason**  FOR DESTRUCTION

### RELATED

**Occurrence**  GO 2020-299786
**Insurance letter**  NO

A - 062

---

# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: December 28, 2020

## FIREARMS TRACE SUMMARY

**Trace Number: T20200504148**      **Request Date: December 22, 2020**      **Completion Date: December 23, 2020**

SCOTT FERGUSON
PWEU - CRIME GUN ANALYSIS TEAM
777 MEMORIAL AVENUE
ORILLIA, ON L3V7V7
CANADA
PHONE: +(905) 671-6849 Ext:
FAX +(905) 671-6869

**Badge No:**      **1082**
**Investigation No:**  **20-1698**

### FIREARM INFORMATION

**Manufacturer:** SMITH & WESSON
**Model:** SD9
**Caliber:** 9
**Serial Number:** FZK4726
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION       **Recovery Date:** 12/10/2020
**Time to Crime:** 711 days

151 GRAND AVE E
APT 204
CHATHAM, ON
CANADA
**Possessor:** JARRED VELLINGA
**DOB:** 04/01/1998
**POB:**

### PURCHASER INFORMATION      **Purchase Date:** 12/30/2018
BRETT ALAN SUMMERS

**DOB:**
**POB:** OH UNITED STATES
**Race:** WHITE
**Sex:** Male                **Height:** ft in
**ID 1:** OH DRIVER'S LICENSE:       **Weight:** lbs
**ID 2:** :
Contact the local ATF office for additional information.

### DEALER INFORMATION       **FFL:** 43103551
ERWIN, GARY SCOTT
10650 LOCKBOURNE EASTERN RD
ASHVILLE, OH 43103
**Phone:**      (614) 260-2855      **Ship-To-Date:**
            Ext:

### ADMINISTRATIVE INFORMATION

Chatham-Kent Police : CK20063346
June:

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**The information in this report must be validated prior to use in any criminal proceedings.**

**Additional Remarks:**

Case: 2:20-cr-00209-SDM Doc #: 35-1 Filed: 09/15/21 Page: 64 of 67 PAGEID #: 226



**The information in this report must be validated prior to use in any criminal proceedings.**

# General Report

| Ontario Provincial Police | |
|---|---|
| *Printed:* | 2020/12/28 12:26 |
| *Occurrence:* | **CK20063346 Warrants @2020/12/10 16:50** |

| | | | |
|---|---|---|---|
| *Author:* | #4998 TEETZEL, J. | *Report time:* | 2020/12/11 14:43 |
| *Entered by:* | #107355 MCINTOSH, E. | *Entered time:* | 2020/12/11 15:58 |

### *Remarks:*

General Report

### *Report:*

SYNOPSIS:
At approximately 8:35am on the 10th day of December 2020, Cst. TEETZEL applied for and was granted 2 separate Controlled Drugs and Substances Act Search Warrants in respect to Jarred James VELLINGA (01 APR 1998).   The first Warrant was for his residence located at 204-151 Grand Avenue East in the city of Chatham, within the Municipality of Chatham-Kent.  The second Warrant was for a 2009 Cadillac C/T bearing VIN # 1G6DF577690109756.

At approximately 4:20pm, TEETZEL attended the Courthouse and picked up both Search Warrants and accompanying Sealing Orders that were signed by Justice of the Peace HURST.  This authorization granted access to the residence and 2009 Cadillac on the 10th day of December 2020.

At approximately 5:45pm, members of the Chatham-Kent Police Intelligence Section arrived in the area of 151 Grand Avenue East in the city of Chatham.  On arrival, police located Jarred VELLINGA's 2009 Cadillac C/T parked in the north parking lot and began observations in anticipation of the Search Warrant execution.

At approximately 6:43pm, Jarred VELLINGA was observed exiting the north access door to 151 Grand Avenue East and get into his vehicle.  He left the property and headed westbound on Grand Avenue East.

Out of an abundance of caution, the decision was made to intercept VELLINGA in the parking lot when he returned to the property.  At approximately 7:50pm VELLINGA arrived back at 151 Grand Avenue East with a second male party identified as James Charles COLLIER (09 AUG 1988).  Officers approached VELLINGA and COLLIER and placed them under arrest for the offence of Possession for the Purpose of Trafficking (cocaine), contrary to section 5(2) of the Controlled Drugs and Substances Act.

Both men were read their Rights to Counsel and Cautioned.  They stated that he understood.

A search of Jarred VELLINGA incident to his arrest recovered two cellular telephones, $4,180.00 in Canadian currency and a $15,000.00 Rolex watch.

Both men were turned over to uniform patrol for transportation to the Chatham-Kent Police Headquarters.

A systematic search of the residence recovered the following articles:

• 542.47 grams of suspected cocaine;
• 7.68 grams of suspected MDMA;
• 299.97 grams of suspected Psilocybin;
• 500tabs of LSD;
• Several firearms;
• Hundreds of rounds of ammunition;
• 2 hand held, electronic digital scales; and

A - 065

• $11,200.00 in Canadian currency.

The recovered drugs have an estimated street value of $60,000.00.

Jarred VELLINGA was charged with the following charges:

• Possession for the Purpose of Trafficking – Cocaine, 5(2)CDSA;
• Possession for the Purpose of Trafficking – Psilocybin, 5(2)CDSA;
• Possession for the Purpose of Trafficking – LSD, 5(2)CDSA; and
• Possession of a Controlled Substance – MDMA, 4(1)CDSA

James COLLIER was released unconditionally from Police Headquarters.

Once determined, several firearm charges are to follow under a separate incident number.

IT IS FORMALLY REQUESTED THAT ALL SEIZED DRUGS IN THIS INCIDENT BE FORFEITED TO THE CROWN ON THE COMPLETION OF THIS MATTER.

A - 066

# Firearm Details

Ontario Provincial Police

*Printed:* 2020/12/28 12:27 by 9980

---

### *Firearm:*

| | | | | | |
|---|---|---|---|---|---|
| *Type:* | Prohibited devices/firearms | *Description:* | Handgun | | |
| *Make:* | SMITH & WESSON | *Model:* | SD9 | *Year:* | |
| *Manuf date:* | | *Serial #:* | FZK4726 | *FIN:* | |
| *Aux ser#:* | | *Security mark:* | | | |
| *Orig colors:* | | *Common name:* | HANDGUN | | |
| *Value (orig):* | | *(current):* | | | |
| *Registered:* | No | *Registry check:* | | | |
| *Caliber:* | 9MM | *Barrel:* | 102mm | *Shots:* | 16 |
| *Remarks:* | CK20063346 magazine with 14 rounds with firearm | | | | |

---

### *Cautions:*

---

### *Persons/Organizations:*

---

### *Addresses:*

---

A - 067